In the Matter of the Application of the GEORGE B. WRAY DRUG COMPANY for Voluntary Dissolution. BENJAMIN S. COMSTOCK et al., Appellants; HENRY R. HICKS, as Receiver, Respondent.

*Matter of Wray Drug Co.*, 83 App. Div. 634, affirmed.
(Argued November 9, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1903, which affirmed an order of Special Term denying a motion to vacate and set aside an order dissolving the George B. Wray Drug Company.

*Waldo G. Morse* for appellants.

*Ralph Earl Prime, Jr.*, for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.